AO 450 (rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF KANSAS

ALLIANT TAX CREDIT FUND 42, LTD., a Florida limited partnership; ALLIANT ALP 42, LLC, a Florida limited liability company; ALLIANT TAX CREDIT FUND 47, LTD., a Florida limited partnership; and ALLIANT TAX CREDIT 47, LLC, a Florida limited liability company,

**JUDGMENT IN A CIVIL CASE**

Plaintiffs,

v.                                                                                        Case No. 10-2020-JPO

FAIRFAX HOUSING VENTURE, LLC, )
a Kansas limited liability company; )
FAIRFAX HOUSING CORPORATION, )
a Kansas corporation; GARRISON L. )
HASSENFLU, an individual; and )
GARRISON DEVELOPMENT )
COMPANY, a Missouri corporation, )

Defendants.

☐   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒   Decision by Court.  This action came before the Court on a motion to reopen the case and for entry of stipulated final judgment.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the plaintiffs Alliant Tax Credit Fund 42, Ltd., Alliant ALP 42, LLC, Alliant Tax Credit Fund 47, Ltd., and Alliant Tax Credit 47, LLC take from defendants Garrison L. Hassenflu, Garrison Development Company, and Fairfax Housing Ventures, LLC in the amount of $2,074,410.96, with per diem interest accruing at $328.77 from the date the affidavit was filed–December 7,2012–through the date of judgment, January 2, 2013.

|  |  |
|---|---|
|   January 2, 2013 | Timothy M. O'Brien |
| *Date* | *Clerk of the Court* |
|  |  |
|  | s/ Kathleen L. Grant |
|  | *(By) Deputy Clerk* |